IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| PEDRO MORALES | § | |
| VS. | § | CIVIL ACTION NO. 1:08-CV-681 |
| JOHN B. FOX, ET AL | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Pedro Morales, a prisoner confined at FCI Beaumont Low, proceeding *pro se*, filed this civil rights lawsuit pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971) and 42 U.S.C. § 1983 against the following defendants: Beaumont Complex Warden John B. Fox, FCI Beaumont Medium Warden Jody R. Upton, CCA T. Hammonds with the University of Texas Medical Branch (UTMB) at FCI Beaumont Medium, Dr. John Womble with UTMB at FCI Beaumont Medium, Dr. Aniceto Dominguez with UTMB at FCI Beaumont Medium, Dr. George M. Steele, Jr. With UTMB at FCI Beaumont Medium, RN Lisa G. Wood with UTMB at FCI Beaumont Medium, and Dr. Lois A. Killewich with UTMB in Galveston.

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends this lawsuit be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

<u>ORDER</u>

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

**SIGNED** this the 10 day of **March, 2011.**

Thad Heartfield
United States District Judge